
UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br><br>        Plaintiff.<br><br>   v.<br><br>JOSHUA FLORES,<br><br>        Defendant. | Case No. 20-xr-90052-SK-1<br><br>**ORDER FOR PRETRIAL PREPARATION FOR CRIMINAL BENCH TRIAL** |

Following the Status Conference held on May 3, 2021, at 11:30 a.m., IT IS HEREBY ORDERED THAT:

1. **TRIAL DATE**
   a. Bench trial will begin on **July 9, 2021, at 9:00 A.M** at 450 Golden Gate Avenue, San Francisco, California.  The specific courtroom is to be determined.
   b. The length of trial will not be more than 1 day.
2. **DISCOVERY**

    Both sides shall comply with the Federal Rules of Criminal Procedure.  The United States will comply with all of its discovery obligations.

3. **PRETRIAL DOCUMENTS**

    No Pretrial Conference will be held unless requested by counsel.

    **14 days before trial**, the parties must file and serve any motions *in limine*.  The parties also must exchange exhibits, exhibit lists, and witness lists by this date.

    **7 days before trial**,  the parties must file and serve any opposition to any motion *in limine.*  There will be no reply briefs.  The Court will decide these motions on the papers.  In addition, the parties must file pretrial conference statements that comply with Criminal Local Rule 17.1-1(b), and


United States District Court
Northern District of California

that include the following attachments (separated by tabs): 1) witness lists; 2) exhibit lists that comply with the court's form (attached) and that include a description and the name of the sponsoring witness; 3) copies of all exhibits to be introduced at trial (may be in a separate volume if necessary); 4) any stipulations; 5) any demonstrative exhibits or summaries to be used at trial; and 6) a copy of the formal charging document (generally, the petty-offense citation). The trial memo must describe the charge, the elements, the penalties, any likely controverted points of law, the evidence to be introduced at trial, and any objections to the other party's evidence. The exhibits must be pre-marked and should be joint to the extent possible; otherwise, the government must number its exhibits, and the defendant must use letters. All documents must be three-hole punched and in a binder to the extent that their volume requires that.

The parties must bring a single, joint set of exhibits in one binder to trial.

IT IS SO ORDERED.

Dated: May 3, 2021

_____
SALLIE KIM
United States Magistrate Judge

**ATTACHMENT EXHIBIT TAG:**

The exhibit tag shall be in the following form:

```
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

PLAINTIFF EXHIBIT NO._____

    Case No. _____

    Date Admitted:_____

    By_____
              Deputy Clerk
```

```
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DEFENDANT EXHIBIT NO._____

    Case No. _____

    Date Admitted _____

    By_____
              Deputy Clerk
```