IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>　　v.<br>JOSHUA FLORES,<br>　　　　Defendant. | Case No. 20-xr-90052-MMC<br><br>**DECISION AFFIRMING JUDGMENT** |

Before the Court is defendant Joshua Flores's ("Flores") appeal from the Judgment entered January 5, 2022, on Magistrate Judge Sallie Kim's verdict finding Flores guilty of the three crimes charged, specifically, Count One (interference with agency functions), Count Two (presence in a park area under the influence of alcohol), and Count Three (disorderly conduct). The matter has been fully briefed. On September 28, 2022, the Court heard oral argument, at which time Ross D. Mazer of the United States Attorney's Office appeared on behalf of the government and Todd M. Borden of the Office of the Public Defender appeared on behalf of Flores.

The Court having fully considered the matter, and for the reasons stated in detail on the record, the Judgment is hereby AFFIRMED.

**IT IS SO ORDERED.**

Dated: September 29, 2022

　　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　United States District Judge